**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| KEGG, BRENDA K. | ) | **BANKRUPTCY CASE 09-10614** |
| | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed

creditors were less than $5.00 each:

| Claim #2I | Capital Recovery II | $3.98 |
|---|---|---|
| | c/o Recovery Management Systems | |
| | 25 SE 2nd Avenue, Suite 1120 | |
| | Miami, FL  33131 | |
| | | |
| Claim #5I | Target National Bank | $4.36 |
| | c/o Weinstein and Riley, PS | |
| | 2001 Western Avenue, Suite 400 | |
| | Seattle, WA  98121 | |
| | | |
| Claim #6I | Fingerhut Direct Marketing Inc. | $2.20 |
| | CIT Bank | |
| | 6250 Ridgewood Road | |
| | St. Cloud, MN  56303 | |

Total Check Amount =  $10.54

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 15th day of June 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

<u>/s/ Dustin M. Roach</u>
Dustin M. Roach, Trustee